1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KAREN SKINNER,                              No.  2:23-cv-2012 DB P

12                  Plaintiff,

13          v.                                      ORDER

14      SOLANO COUNTY JAIL, et al.,

15                  Defendants.

16

17

18          Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42

19   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

21   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

22   certified copy of the inmate trust account statement for the six month period immediately

23   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the

24   opportunity to submit a completed in forma pauperis application and a certified copy in support of

25   the application.

26          In accordance with the above, IT IS HEREBY ORDERED that:

27          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

28   affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

                                            1

1   of Court, and a certified copy of the inmate trust account statement for the six month period

2   immediately preceding the filing of the complaint;

3        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4   Forma Pauperis By a Prisoner; and

5        3.  Plaintiff's failure to comply with this order will result in a recommendation that this

6   action be dismissed without prejudice.

7   Dated:  March 5, 2024

8

9

10

11

DLB7
skin2012.3c+.new

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28