UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SKINNER,<br><br>           Plaintiff,<br><br>      v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>           Defendants. | No.  2:23-cv-02012 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed March 5, 2024 (ECF No. 5), plaintiff was ordered to file a properly completed in forma pauperis affidavit with a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has now expired, and plaintiff has not responded to the court's order or filed the required documents.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that the motion to proceed in forma pauperis (ECF No. 2) be denied as incomplete and this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1  after being served with these findings and recommendations, plaintiff may file written objections
2  with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
4  failure to file objections within the specified time may waive the right to appeal the District
5  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 19, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
skin2012.fifp

2